(110 So. 165)

### Bob BAILEY v. STATE.    (6 Div. 812.)

(Supreme Court of Alabama.    Nov. 11, 1926.)

Certiorari to Court of Appeals.

Gray & Powell, of Jasper, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J.    Petition of Bob Bailey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bailey v. State, 21 Ala. App. 558, 110 So. 164.

Writ denied.

THOMAS, MILLER, and BOULDIN, JJ., concur.